# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| JONATHAN S. ABADY | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | DIANE L. HOUK |
| MATTHEW D. BRINCKERHOFF | 10TH FLOOR | |
| ANDREW G. CELLI, JR. | NEW YORK, NEW YORK 10020 | NAIRUBY L. BECKLES |
| RICHARD D. EMERY | | MARISSA BENAVIDES |
| DEBRA L. GREENBERGER | TEL: (212) 763-5000 | DAVID BERMAN |
| DANIEL J. KORNSTEIN | FAX: (212) 763-5001 | NICK BOURLAND |
| HAL R. LIEBERMAN | www.ecbawm.com | ANANDA BURRA |
| ILANN M. MAAZEL | | FRANCESCA COCUZZA |
| KATHERINE ROSENFELD | | EMMA L. FREEMAN |
| ZOE SALZMAN | | ANDREW K. JONDAHL |
| SAM SHAPIRO | | SCOUT KATOVICH |
| EARL S. WARD | | NOEL R. LEÓN |
| O. ANDREW F. WILSON | | HARVEY PRAGER |
| | | VIVAKE PRASAD |
| | | MAX SELVER |

July 29, 2022

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *Ernesto Lopez v. New York City Police Department Detective John Gamble, et al.,* No. 21-cv-2492 (EK) (VMS)

Your Honor:

     This firm represents Plaintiff Ernesto Lopez in the above-captioned case. Pursuant to the Court's July 1, 2022 Order, we write jointly with Defendants to provide a status report on discovery in this case. The parties have now completed all noticed depositions and all document discovery, with the exception of two supplemental releases for medical and insurance records. Plaintiff is in the process of completing those releases and will provide them to Defendants within the next week.

                                        Respectfully Submitted,

                                        /s/
                                        Ilann M. Maazel
                                        Scout Katovich

c.     All counsel (by ECF)